IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BONNIE ABRAHAM,** | : | 3:13cv843 |
| | : | |
| Plaintiff | : | (Judge Munley) |
| | : | |
| v. | : | |
| **OMNI CREDIT SERVICES,** | : | |
| **Defendant** | : | |

## DEFAULT

AND NOW, this 12th day of June 2013, default is hereby entered in favor of the plaintiff, Bonnie Abraham and against the defendant, Omni Credit Services, for failure to file an answer, plead, or otherwise defend pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

MARY E. D'ANDREA
Clerk, U.S. District Court

by: _____
Deputy Clerk