# UNITED STATES DISTRICT COURT
# FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BONNIE ABRAHAM, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> OMNI CREDIT SERVICES, ) <br> ) <br> Defendant ) | Case No.: 3:13-cv-00843-JMM |

## MOTION FOR DEFAULT JUDGMENT

Plaintiff, BONNIE ABRAHAM (hereinafter "Plaintiff"), by and through her counsel, Kimmel & Silverman, P.C., hereby moves this Honorable Court for an entry of Default Judgment against Defendant, Omni Credit Services, in the amount of $2,714.00 inclusive of statutory damages and reasonable attorneys' fees and costs.

WHEREFORE, for the reasons set forth in Plaintiff's Memorandum in Support of this Motion, Plaintiff respectfully requests that this Honorable Court enter a default judgment in favor of Plaintiff and against Defendant in the amount of $2,714.00.

                                                    RESPECTFULLY SUBMITTED,

Dated: 07/02/2013                /s/ Craig Thor Kimmel
                                                    Craig Thor Kimmel

Attorney ID #57100
Kimmel & Silverman, P.C.
30 E. Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 788-2864
Email: kimmel@creditlaw.com