UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BONNIE ABRAHAM, ) | |
| ) | |
| Plaintiff ) | |
| ) | Case No.: 3:13-cv-00843-JMM |
| v. ) | |
| OMNI CREDIT SERVICES, ) | |
| Defendant ) | |

## Order

This cause coming on to be heard on Plaintiff's Motion for Default Judgment, Defendant Omni Credit Services having been duly served, the court being advised of the premises:

It is ORDERED that default judgment is entered in favor of Plaintiff, Bonnie Abraham, and against Defendant, Omni Credit Services in the amount of $2,714.00.

Dated:_____                         _____

J.