# UNITED STATES DISTRICT COURT
# FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BONNIE ABRAHAM, )<br>)<br>)<br>Plaintiff )<br>)<br>) **Case No.: 3:13-cv-00843-JMM**<br>v. )<br>)<br>OMNI CREDIT SERVICES, )<br>)<br>Defendant ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2013, I served a copy of Plaintiff's Motion for Default Judgment, and all supporting documents, by first class mail, postage prepaid, on the following, who are not registered participants of the ECF System:

Omni Credit Services
4710 Eisenhower Blvd.
Ste. A2
Tampa, FL 33634
*Defendant*

/s/ Craig Thor Kimmel
CRAIG THOR KIMMEL
PA Attorney ID # 57100
Kimmel & Silverman, P.C.
30 E. Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 788-2864
Email: kimmel@creditlaw.com