UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BONNIE ABRAHAM, </br></br> Plaintiff </br></br> v. </br></br> OMNI CREDIT SERVICES, </br></br> Defendant | ) </br> ) </br> ) </br> ) </br> ) </br> ) Case No.: 3:13-cv-00843-JMM </br> ) </br> ) </br> ) </br> ) </br> ) |

## Order

This cause coming on to be heard on Plaintiff's Motion for Default Judgment, Defendant Omni Credit Services having been duly served, the court being advised of the premises:

It is ORDERED that default judgment is entered in favor of Plaintiff, Bonnie Abraham, and against Defendant, Omni Credit Services in the amount of $2,714.00.

Dated: 7/3/13